
# SEYFARTH SHAW LLP
ATTORNEYS

815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
202-463-2400
fax 202-828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-3566

Writer's e-mail
jhughes@seyfarth.com

June 26, 2006

**VIA ECF**

The Honorable Rosemary M. Collyer
United States District Court for the
District of Columbia
Chambers
200 Constitution Avenue, NW
Washington, DC  2001

Re:   *Burroughs, et al. v. Howard University*, Case No. 03CV0114

Dear Judge Collyer:

Per the Court's request at the Status Conference held regarding the above-referenced case on Monday, June 12, 2006, we write to advise the Court on the parties' position regarding mediation. It is our understanding that the parties to agree mediation, provided both parties agree to the mediator. In fact, both parties agree to have Judge Collyer conduct the mediation, if she so agrees. Accordingly, we respectfully request that the Court contact the parties with whether Judge Collyer is able to serve as the mediator and to discuss scheduling and any other outstanding matters.

Very truly yours,

SEYFARTH SHAW LLP

Jessica R. Hughes
Peter Chatilovicz

cc:   John F. Kennedy, Esq. (via ECF)

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA